UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GEANIECE D. CARTER,

    Plaintiff,

                                            Case No. 09-14994

v.

                                            Hon. John Corbett O'Meara

WASHTENAW COUNTY, *et al.*,

    Defendants.

_____/

## **ORDER DENYING MOTION TO REMAND**

Before the court is Plaintiff's motion to remand, filed August 27, 2010, and motion to address the court, filed September 17, 2010. The court dismissed Plaintiff's complaint and declined to exercise supplemental jurisdiction over Plaintiff's state claims on August 13, 2010. Plaintiff now requests that the court remand her state claims to state court.

The court does not have the power to grant Plaintiff's request, because it can only remand claims to state court that were originally brought there, then removed to federal court. Plaintiff originally filed her complaint in federal court, not state court.

The good news for Plaintiff is that she does not need an order of remand from this court to pursue her claims in state court. She may simply re-file them there.

Accordingly, IT IS HEREBY ORDERED that Plaintiff's motions to remand and to address the court are DENIED.

                                                       s/John Corbett O'Meara
                                                       United States District Judge

Date: November 2, 2010

I hereby certify that a copy of the foregoing document was served upon Plaintiff on November 2, 2010, using the ECF system and first-class U.S. mail.

                                              s/William Barkholz
                                              Case Manager